Krohn v Schultz Ford Lincoln, Inc. (2025 NY Slip Op 05073)

Krohn v Schultz Ford Lincoln, Inc.

2025 NY Slip Op 05073

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
FRANCESCA E. CONNOLLY
LINDA CHRISTOPHER
BARRY E. WARHIT, JJ.

2024-00189
 (Index No. 30812/17)

[*1]Chanoch Krohn, appellant, 
v
Schultz Ford Lincoln, Inc., et al., respondents. 

Certain & Zilberg, PLLC, New York, NY (Gary Certain of counsel), for appellant.
Quintairos, Prieto, Wood & Boyer P.A., New York, NY (Kathleen M. Mulholland of counsel), for respondents.

DECISION & ORDER
In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Rockland County (Thomas P. Zugibe, J.), dated November 14, 2023. The order denied the plaintiff's motion pursuant to CPLR 4404(a) to set aside so much of a jury verdict as awarded him the sum of $0 for future pain and suffering and future medical expenses as inadequate and contrary to the weight of the evidence and for a new trial on the issue of those damages.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Krohn v Schultz Ford Lincoln, Inc., _____ AD3d _____ [Appellate Division Docket No. 2022-07774; decided herewith]).
DILLON, J.P., CONNOLLY, CHRISTOPHER and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court